IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01056-EWN-OES

CONNIE J. REYNOLDS,

    Plaintiff,

v.

COBE CARDIOVASCULAR, INC.,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Defendant Cobe Cardiovascular, Inc.'s Opposed Motion to Strike Sherri Brianne and Certificate of Compliance" (#67, filed February 10, 2006) is DENIED as moot.

Dated: February 14, 2006