IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01056-EWN-MEH

CONNIE J. REYNOLDS,

    Plaintiff,

v.

COBE CARDIOVASCULAR, INC.,

    Defendant.

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties' Stipulation for Dismissal with Prejudice, and having been so advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Complaint shall be dismissed with prejudice, and each party shall bear her or its own attorneys' fees and costs incurred in connection with this action.

Done this 27th day of February, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge